UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

In the Matter of:                                                         Case No:
Electric Beverage South, Inc.                                     97-06615-8-JRL
    Debtor                                                                Chapter 11

**REPORT ON UNCLAIMED DIVIDENDS**

    NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

    1.    Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| Ace Towing & Recovery<br>2202 S Live Oak Drive<br>Moncks Corner, SC 29461 | $1.23 | 09/02/2008 |
| Airborne Express<br>P.O. Box 91001<br>Seattle, WA 98111 | $24.58 | 09/02/2008 |
| Alexius<br>3807 Wrightsville Ave<br>Wilmington, NC 28403 | $47.53 | 09/02/2008 |
| Amerigas-CHR<br>P.O. Box71871<br>North Charleston, SC 29415 | $13.80 | 09/02/2008 |
| Amerisure Companies<br>P.O. Box 55-442<br>Detroit, MI 48255 | $235.23 | 09/02/2008 |
| Bell South<br>P.O. Box 33009<br>Charlotte, NC 28243-0001 | $15.65 | 09/02/2008 |

| | | |
|---|---:|---|
| Bett-A-Way Beverage<br>180 Tlamadge Rd.<br>Edison, NJ 08817 | $41.84 | 09/02/2008 |
| BTI<br>P.O. Box 15002<br>Raleigh, NC 27624 | $69.74 | 09/02/2008 |
| Cadbury Beverages | $75.15 | 09/02/2008 |
| Central Reserve Life<br>P.O. Box 360860<br>Strongsville, OH 44136 | $58.60 | 09/02/2008 |
| Charleston Place<br>P.O. Box 35059<br>Newark, NJ 07193 | $1.64 | 09/02/2008 |
| Choice USA Beverage<br>P.O. Box 2669<br>Gastonia, NC 28053 | $906.32 | 09/02/2008 |
| CIT/RC Leasing<br>Drawer CS 198158<br>Atlanta, GA 30384 | $888.87 | 09/02/2008 |
| City of Marina<br>P.O. Drawer 1190<br>Marion, SC 29571 | $8.20 | 09/02/2008 |
| Commodity Express<br>210 Bray Park Road<br>West Columbia, SC 29169 | $16.00 | 09/02/2008 |
| Santee Cooper<br>P.O. Box 188<br>Moncks Corner, SC 29461 | $1.11 | 09/02/2008 |
| Willis Corroon<br>P.O. Box 905614<br>Charlotte, NC 28290 | $23.12 | 09/02/2008 |

| | | |
|---|---|---|
| DW Duplicating<br>P.O. Box 31061<br>Charleston, SC 29417 | $5.73 | 09/02/2008 |
| Dixie-Narco<br>P.O. Box 71365<br>Chicago, IL 60694 | $14.14 | 09/02/2008 |
| Doctor's Care<br>1901 Main Street<br>Columbia, SC 29201 | $31.32 | 09/02/2008 |
| ECC Vending Corporation<br>P.O. Box 8538-303<br>Philadelphia, PA 19171 | $4.01 | 09/02/2008 |
| Entergy Security<br>P.O. Box 33550<br>Raleigh, NC 27636 | $3.57 | 09/02/2008 |
| European Beverage<br>9140 Owensmouth Ave.<br>Chatsworth, CA 91311 | $79.72 | 09/02/2008 |
| GHI Marketing<br>810 East 152nd Street<br>Bronx, NY 10455 | $23.79 | 09/02/2008 |
| Glacier Cooler Company<br>P.O. Drawer 917<br>Danbury, CT 06813 | $33.44 | 09/02/2008 |
| Greater Charleston Restaurant Assoc.<br>409 King Street, Ste 201<br>Charleston, SC 29403 | $21.99 | 09/02/2008 |
| Frank Grey<br>2225 Greenridge Rd., Apt 1111<br>Charleston, SC 29406 | $6.56 | 09/02/2008 |
| GTE South<br>P.O. Box 841<br>Tampa, FL 33631 | $7.35 | 09/02/2008 |

| | | |
|---|---|---|
| Heartland Computers<br>570 A Rock Rd.<br>Dundee, IL 60118 | $43.31 | 09/02/2008 |
| Robert Holland<br>664 Lakeside Drive<br>West Harrison, NY 10604 | $13.14 | 09/02/2008 |
| Hoover Investments<br>2001 Westside Pkwy, Ste 155<br>Alpharetta, GA 30201 | $178.58 | 09/02/2008 |
| Household Realty<br>334 S College Road<br>Wilmington, NC 28403 | $65.62 | 09/02/2008 |
| Hub City Portland LP<br>10550 SW Allen Blvd, Ste 211<br>Beaverton, OR 97005 | $28.71 | 09/02/2008 |
| Ikon<br>P.O. Box 30909<br>Raleigh, NC 27622 | $5.39 | 09/02/2008 |
| Industrial Fleet Management<br>201 W Padonia Rd., Ste 201<br>Lutherville Timonium, MD 21093 | $5.77 | 09/02/2008 |
| Interactive Services<br>7250 B Westfield Ave<br>Pennsauken, NJ 08110 | $12.96 | 09/02/2008 |
| Interim Personnel<br>P.O. Box 13158<br>Durham, NC 27709 | $1.18 | 09/02/2008 |
| Interstate Batteries<br>3430 D. Buffalo Ave.<br>North Charleston, SC 29418 | $1.13 | 09/02/2008 |
| Menard Gates & Mathis<br>1110 Navaho Dr, Ste 401<br>Raleigh, NC 27609 | $16.41 | 09/02/2008 |

| | | |
|---|---:|---|
| Mistic Brands, Inc.<br>709 Westchester Ave.<br>West Harrison, NY 10604 | $609.29 | 09/02/2008 |
| Mobilcomm<br>7800 Rivers Ave., Ste 1860<br>Charleston, SC 29406 | $2.94 | 09/02/2008 |
| Nantucket Nectars<br>P.O. Box 4635<br>Boston, MA 02212 | $207.31 | 09/02/2008 |
| National Security<br>P.O. Box 33550<br>Raleigh, NC 27636 | $1.61 | 09/02/2008 |
| Naya<br>2550 Boul Daniel Johnson<br>Laval, Quebec, H7T2L1 | $309.67 | 09/02/2008 |
| Orkin Pest Control<br>98 Lullwater Drive<br>Charleston, SC 29403 | $2.73 | 09/02/2008 |
| Palmetto Disposal Service<br>P.O. Box 9128<br>North Charleston, SC 29410 | $13.60 | 09/02/2008 |
| Paul Flum Ideas<br>P.O. Box 60111<br>Saint Louis, MO 63160 | $237.08 | 09/02/2008 |
| Pearl Brewing<br>P.O. Box 1661<br>San Antonio, TX 78296 | $251.36 | 09/02/2008 |
| Powertemp Services, Inc.<br>P.O. Box 72122<br>Chicago, IL 60678 | $7.12 | 09/02/2008 |
| Royal Crown Bottling<br>P.O. Box 1146<br>Norfolk, VA 23517 | $685.24 | 09/02/2008 |

| | | |
|---|---|---|
| Royal Crown Co.<br>709 Westchester Ave.<br>West Harrison, NY 10604 | $123.72 | 09/02/2008 |
| Sloan, Montgomery, Gregory & Hall<br>P.O. Box 6196<br>Wilmington, NC 28405 | $7.50 | 09/02/2008 |
| Snapple Beverage Group<br>P.O. Box 905758<br>Charlotte, NC 28290 | $2,442.14 | 09/02/2008 |
| Sweetheart Cup Co., Inc.<br>P.O. Box 64472<br>Baltimore, MD 21264 | $25.57 | 09/02/2008 |
| Transportation Logistics<br>P.O. Box 3126<br>Wilson, NC 27895 | $45.94 | 09/02/2008 |
| Waste Industries<br>P.O. Box 19026<br>Raleigh, NC 27619 | $3.97 | 09/02/2008 |
| WBUB Radio<br>Southwind Broadcasting<br>P.O. Box 3090<br>Charleston, SC 29417 | $55.78 | 09/02/2008 |
| WTAT-TV<br>4301 Arco Lane<br>North Charleston, SC 29418 | $14.77 | 09/02/2008 |
| Wetheimer Packaging<br>13 Office Park, Ste 23<br>Birmingham, AL 35223 | $44.15 | 09/02/2008 |
| Electric Beverage South, Inc.<br>249 Shipyard Boulevard<br>Wilmington, NC 28412 | $26.89 | 09/02/2008 |

  2. The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

  WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

  Dated: 3/11/10

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
Attorney for the Debtor
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 (facsimile)
N.C. State Bar #4221
